UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROBERTO INDA III,<br><br>                    Defendant. | CASE NO. CR10-254 MJP<br><br>ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on Defendant's Motion for Early Termination of Supervised Release. (Dkt. No. 328, as amended in Dkt. No. 329.) Having reviewed the Government's response and all supporting materials, the Court DENIES the Motion. The Court does not find that early termination is warranted under 18 U.S.C. § 3553. But Mr. Inda is free to ask for permission from his probation officer to work for family members or friends.

\\

\\

Case 2:10-cr-00254-MJP   Document 331   Filed 11/17/20   Page 2 of 2

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated November 17, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 2